## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>EDWARD KIM and VICTORIA LEAVITT,<br><br>    Defendants | Case No.: 2:24-cv-00830-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Victoria Leavitt's certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Leavitt's citizenship as required by the amendment to that rule.

I FURTHER ORDER defendant Victoria Leavitt to file a proper certificate of interested parties by July 17, 2024.

DATED this 3rd day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE