# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>EDWARD Y. KIM, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00830-APG-BNW<br><br>**Order** |

The parties stipulated to stay this case pending the appointment of a guardian ad litem for defendant Edward Kim. ECF No. 24. In that stipulation, the parties indicated that it was possible that the state court would appoint a guardian for Kim. *Id.* at 1 n.2. The parties also advised that they would supply me with "any necessary motions" for me to decide whether to appoint a guardian. *Id.* at 1. More than two months have passed without an update regarding whether the state court has appointed a guardian or whether I need to decide the issue for this case.

I THEREFORE ORDER that by June 25, 2025, the parties must file a joint status report regarding whether a guardian has been or is about to be appointed to Kim in state court. If a guardian has not been appointed or an appointment is not imminent, then the parties should file a briefing schedule for when they will provide me with the information necessary to make a determination whether Kim is incompetent within the meaning of Federal Rule of Civil Procedure 17(b) and whether to appoint him a guardian ad litem under Rule 17(c)(2).

DATED this 4th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE