# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff<br><br>v.<br><br>EDWARD Y. KIM, et al.,<br><br>　　　　Defendants | Case No.: 2:24-cv-00830-APG-BNW<br><br>**Order** |

　　　　In August 2025, Magistrate Judge Weksler granted the parties' joint motion to appoint a guardian ad litem for defendant Edward Kim and referred this matter to the Pro Bono Program for appointment of counsel for Kim (ECF No. 33).  However, no counsel has agreed to represent him.  Consequently, I direct the parties to confer and file a status report proposing a resolution regarding Kim's representation.  The parties must address whether Kim's state court counsel (Griffith Hayes) can be appointed by Nationwide in this case under a reservation of rights like is being done in the state court case.

　　　　I ORDER the parties to file a status report regarding defendant Edward Kim's representation by January 30, 2026.

　　　　DATED this 8th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE