Sheri Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
sheri.thome@wilsonelser.com
nicholas.adams@wilsonelser.com
*Attorneys for Plaintiff*
*Nationwide Mutual Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio company, | Case No.: 2:24-cv-00830-APG-BNW |
| Plaintiff, | **ORDER GRANTING** |
| v. | **JOINT STATUS REPORT** |
| EDWARD Y. KIM, an individual; VICTORIA LEAVITT, an individual, | |
| Defendants. | |

Plaintiff Nationwide Mutual Insurance Company ("Nationwide") and Defendant Victoria Leavitt ("Leavitt") by and through their respective counsel, submit this joint status report in response to the Court's January 8, 2026 Order. [ECF No. 35.] The parties represent that they have conferred about whether Nationwide can appoint Edward Kim's state court counsel in this case. Nationwide states that it cannot do this. First, Kim's policy imposes no duty to assign counsel for Kim to defend a coverage action Nationwide initiated. [ECF No. 21-4.] Second, a direct conflict exists regarding state court counsel's representation in this matter, and Nationwide will not waive it. Nevada is a dual-representation state, and since Nationwide retained state court counsel to defend Kim, state court counsel represents both Nationwide and Kim. *See Nev. Yellow Cab Corp. v. Eighth Judicial Dist. Court of Nev.*, 123 Nev. 44, 52, 152 P.3d 737, 742 (2007). Because of this dual-representation, Nationwide would need to sign a conflict waiver under Nev. R. Prof'l. Cond. 1.7. However, Nationwide is uncomfortable waiving this conflict.

1

Given Nationwide's concerns about waiving the conflict and providing a defense to an action it commenced, the parties discussed alternatives, including having Leavitt's counsel represent both Leavitt and Kim. That option also would require conflict waivers and further discussion with Leavitt. The parties also discussed reaching out to an independent party to see if that party is willing to step forward and begin guardian proceedings. The parties respectfully request an additional 30 days to determine whether these alternatives will work. The parties propose filing another joint status report by March 2, 2026, to update the Court on their efforts.

DATED this 30th day of January, 2026.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: */s/ Nicholas F. Adams*
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    Nicholas F. Adams, Esq.
    Nevada Bar No. 014813
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    Telephone: (702) 727-1400
    Facsimile: (702) 727-1401
    sheri.thome@wilsonelser.com
    nicholas.adams@wilsonelser.com
    *Attorneys for Plaintiff*
    *Nationwide Mutual Insurance Company*

DATED this 30th day of January, 2026.

LAW OFFICES OF KEVIN R. HANSEN

BY: */s/ Amanda A. Harmon*
    Kevin R. Hansen, Esq.
    Nevada Bar No. 006336
    Amanda A. Harmon, Esq.
    Nevada Bar No. 015930
    2625 S. Rainbow Blvd., Suite C-106
    Las Vegas, NV 89146
    Telephone: (702) 478-7777
    Facsimile: (702) 728-2484
    amandah@kevinrhansen.com
    *Attorneys for Defendant*
    *Victoria Leavitt*

IT IS SO ORDERED:

Dated:___February 2, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2