Sheri Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
sheri.thome@wilsonelser.com
nicholas.adams@wilsonelser.com
*Attorneys for Plaintiff*
*Nationwide Mutual Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio company, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD Y. KIM, an individual; VICTORIA LEAVITT, an individual, <br><br> Defendants. | Case No.: 2:24-cv-00830-APG-BNW <br><br> **ORDER GRANTING** <br><br> **JOINT STATUS REPORT** |

Plaintiff Nationwide Mutual Insurance Company ("Nationwide") and Defendant Victoria Leavitt ("Leavitt"), by and through their respective counsel, submit this joint status report. The parties represent that Edward Kim and Leavitt have reached a settlement in the underlying state court case (Eighth Judicial Court Case No. A-24-885907-C). Leavitt and Kim are currently unable to complete the closing documents in the underlying state court case because they are still negotiating an outstanding lien with the lienholder. Once they resolve this matter, the Leavitt and Kim will dismiss the underlying state court case with prejudice. Nationwide and Leavitt anticipate completing the lien negotiations and closing documents in the state court case within the next 60 days. Once the parties dismiss the underlying state court case, Nationwide will dismiss this action.

. . .

. . .

1

The parties therefore request that the Court set a status report deadline 60 days from the submission of this report so they may update the Court on their progress. If the lien issue resolves sooner than anticipated, Nationwide will instead file the dismissal.

DATED this 31st day of March, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: */s/ Nicholas F. Adams*
    Sheri M. Thome, Esq.
    Nevada Bar No. 008657
    Nicholas F. Adams, Esq.
    Nevada Bar No. 014813
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    Telephone: (702) 727-1400
    Facsimile: (702) 727-1401
    sheri.thome@wilsonelser.com
    nicholas.adams@wilsonelser.com
    *Attorneys for Plaintiff*
    *Nationwide Mutual Insurance Company*

DATED this 30th day of March, 2026.

LAW OFFICES OF KEVIN R. HANSEN

BY: */s/ Amanda A. Harmon*
    Kevin R. Hansen, Esq.
    Nevada Bar No. 006336
    Amanda A. Harmon, Esq.
    Nevada Bar No. 015930
    2625 S. Rainbow Blvd., Suite C-106
    Las Vegas, NV 89146
    Telephone: (702) 478-7777
    Facsimile: (702) 728-2484
    amandah@kevinrhansen.com
    *Attorneys for Defendant*
    *Victoria Leavitt*

**ORDER**

Status report due June 1, 2026.

IT IS SO ORDERED:

Dated:___April 1, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE