Sheri Thome, Esq.
Nevada Bar No. 008657
Nicholas F. Adams, Esq.
Nevada Bar No. 014813
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
sheri.thome@wilsonelser.com
nicholas.adams@wilsonelser.com
*Attorneys for Plaintiff*
*Nationwide Mutual Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD Y. KIM, an individual; VICTORIA LEAVITT, an individual,<br><br>Defendants. | Case No.: 2:24-cv-00830-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

Plaintiff Nationwide Mutual Insurance Company ("Nationwide") and Defendant Victoria Leavitt ("Leavitt"), by and through their respective counsel, stipulate to dismiss this matter without prejudice, each to bear their own fees and costs. No trial date was scheduled.

DATED this 27th day of May, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: */s/Nicholas F. Adams*
   Sheri M. Thome, Esq.
   Nevada Bar No. 008657
   Nicholas F. Adams, Esq.
   Nevada Bar No. 014813
   6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
   Telephone: (702) 727-1400
   Facsimile: (702) 727-1401
   sheri.thome@wilsonelser.com
   nicholas.adams@wilsonelser.com
   *Attorneys for Plaintiff*
   *Nationwide Mutual Insurance Company*

DATED this 27th day of May, 2026.

LAW OFFICES OF KEVIN R. HANSEN

BY: */s/Amanda A. Harmon*
   Kevin R. Hansen, Esq.
   Nevada Bar No. 006336
   Amanda A. Harmon, Esq.
   Nevada Bar No. 015930
   2625 S. Rainbow Blvd., Suite C-106
   Las Vegas, NV 89146
   Telephone: (702) 478-7777
   Facsimile: (702) 728-2484
   amandah@kevinrhansen.com
   *Attorneys for Defendant*
   *Victoria Leavitt*

### ORDER

IT IS HEREBY ORDERED that this matter be dismissed without prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED:

Dated: May 28, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2